**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 15, 2009**

_____

```
              UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION

In Re:     ADRIAN L DENARD          :    Chapter 13

SSN(S):    XXX-XX-9612              :    Case No. 04-53537
           XXX-XX-0000
Debtor(s)                           :    JUDGE CALDWELL
```

**ORDER OF DISMISSAL**

```
     Pursuant to the motion and affidavit of the Chapter 13
Trustee and for good cause shown, the Court hereby dismisses
this proceeding for failure of the debtor(s) to comply with the
terms of the Chapter 13 Plan previously confirmed herein. See 11
U.S.C. 1307 (c) (6).

     The Trustee is hereby given leave to file his Final Report
herein and be discharged from his trust.
```

**IT IS SO ORDERED.**

**SERVE ALL PARTIES**

                                   ###